IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *Rouse, et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>*H.B. Fuller Company, et al.*,<br><br>        Defendants. | Case No:<br><br>[Case Pending in United States District Court for the District of Minnesota (Case No. 0:22-cv-02173-JMB-JFD)] |

### NON-PARTY TEC SPECIALTY'S MOTION TO TRANSFER, OR ALTERNATIVELY TO QUASH SUBPOENA OR FOR A PROTECTIVE ORDER

Non-party TEC Specialty Products, LLC ("TEC Specialty") respectfully moves this Court to transfer this matter to the United States Court for the District of Minnesota — the issuing court – where the underlying litigation is currently pending in the United States District Court for the District of Minnesota – *Rouse, et al., v. H.B. Fuller, et al.,* Case No. 0:22- cv-02173-JMB-JFD.

Alternatively, if the Court finds a transfer inappropriate, TEC Specialty, pursuant to Federal Rules of Civil Procedure 45(d)(3), 26(b)(2)(C) and 26(c)(1), moves this Court for an order quashing a subpoena for deposition testimony issued by the *Rouse* Plaintiffs dated April 11, 2025, or, in the alternative, for a protective order narrowing the scope of the subpoena on the grounds that it subjects TEC Specialty to an undue burden and seeks irrelevant and/or cumulative discovery in the underlying litigation.

Pursuant to Local Rule 78.3, this Motion is concurrently filed with a brief in support of this Motion.  The parties met and conferred prior to filing this Motion but were unable to reach a resolution.

WHEREFORE, TEC Specialty prays the Court for the following relief:

(a) An Order transferring this matter to the United States District Court of Minnesota;

(b) Alternatively, an Order Quashing the Subpoena in its entirety;

(c) Alternatively, a Protective Order prohibiting the *Rouse* Plaintiffs from seeking burdensome, irrelevant, and/or cumulative information from TEC Specialty, and limiting TEC Specialty's deposition in scope to the specific subject matters relevant to the underlying matter as already defined by the United States District Court for the District of Minnesota.

Dated: April 28, 2025

By: */s/ Peter Friedman*

Peter Friedman

Peter Friedman, Bar No. 6255955
Pfriedman@omm.com

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:      +1-202-383-5300
Facsimile:      +1-202-383-5414

To be Admitted Pro Hac Vice
David L. Kirman, CA Bar No. 235175
dkirman@omm.com
Alaina Flores, CA Bar No. 346990
aflores@omm.com

O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, California  90067-6035
Telephone:      +1 310 553 6700
Facsimile:      +1 310 246 6779

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was

served by e-mail on April 28, 2025, on the following counsel:

William D. Thomson
Jeremy A. Root
Todd Noteboom
Andrew P. Leiendecker
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Email: william.thomson@stinson.com
jeremy.root@stinson.com
andrew.leiendecker@stinson.com
todd.noteboom@stinson.com

*Attorneys for Defendants*

David W. Asp
R. David Hahn
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200

Minneapolis, MN 55401
Telephone: (612) 339-6900
Email: dwasp@locklaw.com
rdhahn@locklaw.com

Eric W. Richardson
David F. Hine
Petra G. Bergman
Vorys, Sater, Seymour and Pease LLP
The Great American Tower
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Phone: (513) 723-4019
Fax: (513) 852-7885
Email: ewrichardson@vorys.com
dfhine@vorys.com
pgbergman@vorys.com

*Attorneys for Plaintiffs*

Dated: April 28, 2025

By: */s/ Peter Friedman*
Peter Friedman, Bar No. 6255955
Pfriedman@omm.com

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:     +1-202-383-5300
Facsimile:     +1-202-383-5414

Attorney for TEC Specialty Products, LLC